**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ryan O'Neil LITTLE, a/k/a LA, a/k/a Youngblood, Defendant–Appellant.**

**No. 11–7132.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 23, 2011.

Ryan O'Neil Little, Appellant Pro Se. Gretchen C.F. Shappert, United States Department of Justice, Washington, D.C., for Appellee.

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan O'Neil Little appeals the district court's order denying various motions in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Little,* No. 3:95–cr–00105–MOC–1 (W.D.N.C. July 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*